IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES GOODIN                                                              PLAINTIFF

v.                              Case No. 14-6040

DETECTIVE WILLIAM THORTON                                                 DEFENDANT

### ORDER

Now on this 31st day of March, 2015, there comes on for consideration the Report and Recommendation filed herein on February 23, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (Doc. 9). Plaintiff did not file timely, written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint (doc. 2) is **DISMISSED WITHOUT PREJUDICE** on the grounds that Plaintiff has failed to state a claim upon with relief may be granted and attempts to assert a claim not presently cognizable under § 1983. *See* 28 U.S.C. §§ 1915(e)(2)(B)(i)-(iii) & 1915A(b) (*in forma pauperis* action may be dismissed on such grounds at any time). Plaintiff is advised that this dismissal is considered a

"strike" for purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g).

    IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge